FILED
2023 May-26  AM 11:10
U.S. DISTRICT COURT
N.D. OF ALABAMA

PFE/WRM June 2023
GJ#20

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# <u>SOUTHERN DIVISION</u>

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. |
| | ) | |
| JAKORRIUS LAVEL WILLIAMS | ) | |

## <u>INDICTMENT</u>

**<u>COUNT ONE</u>:**  **[18 U.S.C. § 922(o)]**

The Grand Jury charges that:

On or about the 22nd day of November 2022, in Jefferson County, within the Northern District of Alabama, the defendant,

**JAKORRIUS LAVEL WILLIAMS**,

did knowingly possess a machinegun, that is, a Glock .40 caliber pistol modified by the replacement of the slide cover with a machinegun convers+ion device designed to enable automatic fire, commonly referred to as a "Glock Switch," in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

## <u>NOTICE OF FORFEITURE</u>
## <u>[18 U.S.C. § 924(d), 21 U.S.C. § 853, and 28 U.S.C. § 2461(c)]</u>

The allegations contained in Count One of this Indictment are hereby re-

alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

Upon conviction of the offenses charged in Count One of this Indictment for violations of 18 U.S.C. § 922(o), respectively, the defendant, **JAKORRIUS LAVEL WILLIAMS**, shall forfeit to the United States of America, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms, magazines, and ammunition involved in or used in the commission of the offense, including, but not limited to, **Glock, G22, .40 caliber pistol, bearing serial number TFC310, and any associated ammunition.**

A TRUE BILL

*/s/Electronic Signature*
_____
FOREPERSON OF THE GRAND JURY

PRIM F. ESCALONA
United States Attorney

*/s/Electronic Signature*
_____
WILLIAM R. MCCOMB
Assistant United States Attorney